IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE WILLIAMS                                                           PLAINTIFF

v.                                    Case No. 4:19-cv-4126

ZANE BUTLER (Sergeant, Ashdown Police
Department); MICKEY BUCHANAN (Public
Defender); GINA BUTLER (Jail Administrator);
and ALWIN SMITH (Prosecutor)                                          DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed February 26, 2020, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 12). Judge Bryant conducted preservice screening of this case pursuant to 28 U.S.C. §

1915A, the Prison Litigation Reform Act. Judge Bryant recommends that Plaintiff's Complaint

be dismissed without prejudice for failure to allege facts sufficient to state a claim. Plaintiff has

objected. (ECF No. 13). The Court finds this matter ripe for consideration.

Plaintiff's objections are not specific such as to trigger *de novo* review by this Court.[1]

Upon review, the Court finds no clear error in the Report and Recommendation and adopts the

Report and Recommendation (ECF No. 22) *in toto*. Accordingly, Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of March, 2020.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              Chief United States District Judge

---

[1] Plaintiff does not address any specific findings in Judge Bryant's Report and Recommendation. Rather, he generally
states that he disagrees with Report and Recommendation.